# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 14, 2016

## NO. 03-15-00455-CV

### Scott P. Ogle, Appellant

### v.

### Maeli Hector, a/k/a Maeli Arellano, a/k/a Maeli Johnson, Appellee

**APPEAL FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PURYEAR
DISSENTING OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the trial court on July 6, 2015. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.